## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: IM-25-0007
Subpoena No. IM-25-060508

**TO:** Amazon.com, Inc.   Phone: 2067404546
ATTN: Legal Department - Subpoena
**AT:** 300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

By the service of this subpoena on you by Special Agent Brandon T Betzel who is authorized to serve it, you are hereby commanded and required to appear before Brandon T Betzel, an officer of the Drug Enforcement Administration, to give testimony and bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. Section 801 et seq., please provide the following for the dates between 06/01/2024 - 11/17/2024 Eastern (EST)

- All records relating to deliveries to or shipments from including but not limited to: Subscriber; sender/receiver; account holder information to include name(s), email address, phone numbers, account creation date, address history and payment records including method of payment (including but not limited to credit card, debit card, cash, check) with card number and account information for the below identifiers: Megan Isaak; Megan Gordy; 322 19th Street N., Fargo, ND; Phone Number: 701-226-7210; Amazon Influencer Name: Sunny Hunnies; Amazon Influencer Link: amazon.com/shop/influencer-2963e734

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to SA Brandon T Betzel, 701-630-5572.

Please complete and execute a Certification of Records and return the fully executed Certification of Records with your response.

Place and time for appearance: At 1 N SECOND Street FARGO, ND 58102-4807 US on the 18th day of December 2024 at 05:00 PM. In lieu of personal appearance, please email records to Brandon.T.Betzel@usdoj.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
**ORIGINAL**
Signature: _____
Stephen G Borowski, RAC

Issued this 18th day of November 2024

FORM DEA-79